IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AEROSPACE MANUFACTURING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00597 |
| | ) | |
| CLIVE MERCHANT GROUP, LLC d/b/a | ) | |
| MERCHANT AVIATION and | ) | |
| ANDREW MCKENZIE-JAMES, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Tilley, Chief Judge

For the reasons set forth in an accompanying Memorandum Opinion, the Defendants' Motion to Dismiss [Doc. # 8] is GRANTED. It is therefore ORDERED that Plaintiff Aerospace's claim for breach of contract against Defendant Andrew McKenzie-James is DISMISSED. It is further ORDERED that Plaintiff Aerospace's claims for fraud, tortious interference with contract, and unfair and deceptive trade practices against Defendants Clive Merchant and Andrew McKenzie-James are DISMISSED. The case will proceed on Plaintiff Aerospace's claim for breach of contract against Defendant Clive Merchant.

This the day of May 23, 2006

/s/ N. Carlton Tilley, Jr.
United States District Judge