IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AEROSPACE MANUFACTURING, INC., )
)
       Plaintiff, )
)
       v. )   1:05CV00597
)
CLIVE MERCHANT GROUP, LLC d/b/a )
MERCHANT AVIATION and )
ANDREW MCKENZIE-JAMES, )
)
       Defendants. )
_____)

## JUDGMENT

Tilley, District Judge

    For the reasons set forth in an accompanying Memorandum Opinion, the Plaintiff's Motion for Summary Judgment [Doc. # 25] is GRANTED and JUDGMENT shall be entered in favor of Plaintiff Aerospace Manufacturing, Inc. ("Aerospace"). It is further ORDERED that Defendant Clive Merchant Group, LLC, d/b/a Merchant Aviation, shall pay damages to Aerospace in the amount of $700,000.00.

    This the day of September 14, 2007

                                                        /s/ N. Carlton Tilley, Jr.
                                                      United States District Judge